UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NADIR BAPTISTE,

                Plaintiffs,

vs.                             Civil Action No. 03-6084 (KSH)

LT. T. BARBER, et al.,

                Defendant.               **ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

    **This matter** having come before the Court on the named defendants' motions for summary judgment; the Court having considered the papers submitted by the parties and having heard oral argument in the presence of plaintiff via teleconference on March 22, 2006; on that date, the Court having rendered an oral opinion granting defendants' motions; and good cause appearing,

    **IT IS** on this 28th day of March, 2006 hereby

    **ORDERED** that defendants' motions for summary judgment (documents #52, 54, 56, 57, 58, 73) are **granted;** and it is further

    **ORDERED** that the complaint is dismissed, defendant having failed to file and serve and Amended Complaint within the time provided by prior Order.

                                                      /s/ Katharine S. Hayden

                                                      KATHARINE S. HAYDEN, USDJ